**EMCORE CORPORATION, Appellant**

v.

**NICHIA CORPORATION, Appellee**

**Michelle K. Lee, Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor.**

No. 2014–1508.

United States Court of Appeals, Federal Circuit.

April 16, 2015.

Michael A. Tomasulo, Winston & Strawn LLP, Los Angeles, CA, argued for appellant. Also represented by Geoffrey P. Eaton, Washington, DC.

Matthew A. Smith, Turner Boyd LLP, Redwood City, CA, argued for appellee. Also represented by Andrew S. Baluch, Stephen B. Maebius, Foley & Lardner LLP, Washington, DC.

Stacy Beth Margolies, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by Nathan K. Kelley, Scott Weidenfeller, Robert J. McManus.

PROST, Chief Judge, BRYSON and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**